IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN CORRADO and AUGUSTINE CORRADO** | : | **CIVIL ACTION** |
| Plaintiffs, | : | NO. 08-1905 |
| vs. | : | |
| **SUPER FRESH FOOD MARKETS, INC.** | : | |
| Defendant. | : | |

## O R D E R

AND NOW, this 17th day of December, 2009, upon consideration of Defendant's Motion for Summary Judgment and Memorandum of Law in Support of the Motion (Document No. 25, filed June 15, 2009); Plaintiffs' Response to Defendant's Motion for Summary Judgment and Memorandum of Law in Support of the Motion (Document No. 28, filed August 17, 2009); and Defendant's Reply Brief in Support of Its Motion for Summary Judgment (Document No. 29, filed September 9, 2009), for the reasons set forth in the Memorandum dated December 17, 2009, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Super Fresh Food Markets, Inc., and **AGAINST** plaintiffs, Ann Corrado and Augustine Corrado.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**